Harris County Docket Sheet

# 2013-26666

**COURT:** 215th

**FILED DATE:** 5/3/2013

**CASE TYPE:** OTHER CIVIL




**TEST MASTERS EDUCATIONAL SERVICES INC**

Attorney: KNIGHT, STEVEN JON

**vs.**

**STATE FARM LLOYDS**

Attorney: MCKINLEY, JOHN MICHAEL

| Docket Sheet Entries | |
|---|---|
| Date | Comment |


STATE OF TEXAS
COUNTY OF HARRIS
I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this 07-10-13
CHRIS DANIEL
HARRIS COUNTY
Deputy

```
                JUSTICE INFORMATION MANAGEMENT SYSTEM     JUN 10, 2013(C1)
INT41                      CIVIL CASE INTAKE              OPT: ______ -  INT
                           DOCUMENT INQUIRY               PAGE:    1 -    1

CASE: 201326666__          PJN> __            TRANS.NUM: _________
                  FILED BY: ________  PROSE(Y/N): _  PUB? _

STYLE: TEST MASTERS EDUCATIONAL SERVICES VS STATE FARM LLOYDS________________
DOCUMENT ABBV> ___ ___ ___ ___ ___ ___ ___ ___ ___ ___     PERSON NUM: _____

_ FDA: 05/14/2013  DOC: ANSWER___________________________________________
  FILING ATTORNEY: 13716300 MCKINLEY, JOHN MICHAEL__________  PRO SE (Y/N): N
  PERSON FILING: STATE FARM LLOYDS_______________  PJN: __ LCDATE: 05/14/2013
  ENTERED BY: CARRILLO, CARLA ELIZABET___________  TRANSACTION NUM: 9571476__

_ FDA: 05/03/2013  DOC: ORIGINAL PETITION________________________________
  FILING ATTORNEY: 24012975 KNIGHT, STEVEN JON______________  PRO SE (Y/N): N
  PERSON FILING: TEST MASTERS EDUCATIONAL SERVICE  PJN: __ LCDATE: 05/03/2013
  ENTERED BY: COBLE, JERRI LI____________________  TRANSACTION NUM: 9563797__

==> (2) RECORDS FOUNDS
1=CASE INQ.   2=NAME UPDT   3=DOC. ENTRY  4=PARTY INQ.  5=DETAIL INQ.
6=SERVICE INQ 7=BACKWARD    8=FORWARD     9=SERV ISS    10=REFRESH    11=HELP
```


STATE OF TEXAS
COUNTY OF HARRIS
I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
Deputy

Filed 13 May 3 P4:38
Chris Daniel - District Clerk
Harris County
ED101J017467644
By: Jerri L. Coble

2013-26666 / Court: 215

CAUSE NO. ________

| | | |
|---|---|---|
| Test Masters Educational Services, Inc., | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| State Farm Lloyds, | § | |
| | § | |
| *Defendant.* | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Test Masters Educational Services, Inc. ("TMES") files this Original Petition against State Farm Lloyds ("State Farm") and request the Court to declare that State Farm owes a contractual duty to defend TMES in an underlying lawsuit.

### DISCOVERY CONTROL PLAN

1. Due to the nature of this dispute, discovery is currently unnecessary. However, to the extent discovery is conducted at all, it should be very narrowly tailored under Level Three in accordance with Rule 190.4 of the Texas Rules of Civil Procedure.

### PARTIES

2. TMES is a Texas corporation with its principal place of business at 13100 Southwest Freeway, Sugar Land, Texas.

3. State Farm may be served with process by serving a copy of this Petition and Citation to State Farm's registered agent for service of process—Fred J. Marsh at 17301 Preston Road, Dallas, Texas, 75252-5727.

### VENUE

4. Venue is proper in Harris County, Texas under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code.

Certified Document Number: 55557567 - Page 1 of 5

## FACTUAL ALLEGATIONS

5. TMES is in the business of providing professional test preparation services in connection with a variety of standardized exams. TMES purchased a "State Farm Business Liability Insurance Policy" (Policy Number 90-J7-6207) ("Policy"), which was in effect from February 22, 2001 through at least February 22, 2009. TMES diligently paid all premiums when due.

6. Under Section II of the Policy, State Farm contracted that it "will pay those sums that the insured becomes legally obligated to pay as damages because of...personal injury or advertising injury to which this insurance applies."[1] State Farm defined "personal injury" and "advertising injury" as including "oral or written publication of material that...disparages a[n]...organization's goods, products or services." State Farm also defined "advertising injury" as including "misappropriation of advertising ideas or style of doing business," and "infringement of copyright, title or slogan." These definitions were included in the State Farm Policy that incepted in 2001, as well as the successive renewals that were in effect through February 2007. Beginning on February 22, 2007, State Farm modified the definition of "advertising injury" in part. The phrases "misappropriation of advertising ideas or style of doing business" and "infringement of copyright, title or slogan," were replaced with "the use of another's advertising idea in your advertisement" and "infringing upon another's copyright, trade dress or slogan in your advertisement." In each Policy, State Farm contractually agreed that it "will have the ...duty to defend any claim or suit seeking damages payable under this policy even though the allegations of the suit may be groundless, false or fraudulent."

[1] The Policy states that it applies to, among other things, "personal injury caused by an occurrence committed in the coverage territory during the policy period," and to "advertising injury caused by an occurrence committed in the coverage territory during the policy period."



Certified Document Number: 55557567 - Page 2 of 5

7. In August 2008, Robin Singh Educational Services, Inc. and Robin Singh (collectively "Singh"), an extremely litigious California-based competitor, asserted claims against TMES in *Test Masters Educational Services, Inc. v. Robin Singh Educational Services, Inc.*, Civil Action No. 4:11-cv-02035 (Consolidated with No. 4:08-cv-01771); United States District Court for the Southern District of Texas, Houston Division ("Underlying Lawsuit"). Among other things, Singh accused TMES of copying Singh's website and using it in a manner that disparaged Singh's reputation and goodwill.

8. In accordance with the notice provisions of the Policy, TMES tendered Singh's counterclaim in the Underlying Lawsuit to State Farm and requested a defense under the Policies. State Farm acknowledged that it would "pay those sums that the insured becomes legally obligated to pay as damages because of…personal injury or advertising injury…" Since the trial court stayed the Underlying Lawsuit pending the outcome of proceedings before the Trademark Trial and Appeal Board ("TTAB") of the United States Patent & Trademark Office, State Farm assured TMES that "[i]f the stay is lifted, we agree to pay for the defense of the counterclaim only..."

9. When the proceedings before the TTAB concluded, the trial court lifted the stay. Singh filed an amended counterclaim against TMES in which it added a discussion of the TTAB proceedings. When TMES tendered the amended counterclaim to its insurer, State Farm again confirmed that it would defend TMES. Thereafter, State Farm provided a defense for approximately eight months. Then, on February 20, 2012, State Farm suddenly withdrew the defense.

10. Relying on documents extrinsic to Singh's amended counterclaim, including, in State Farm's words, Singh's "answer to the appeal by [TMES] of the TTAB Ruling," allegations



Certified Document Number: 55557567 - Page 3 of 5

"in prior litigation between the parties," and the TTAB's "opinion," State Farm claimed that the matter it once deemed to be covered was not. State Farm failed to identify any "new" factual allegations in, or any omission of factual allegations from, the amended counterclaim that could affect its original determination that it owes TMES a defense. State Farm's letter demonstrates that it changed its coverage decision due to its erroneous interpretation of the TTAB's ruling or its review of documents extrinsic to the counterclaim, which is a violation of the applicable complaint allegations rule.

## CAUSE OF ACTION

11. Pursuant to Chapter 37 of the Texas Civil Practice and Remedies Code, TMES requests this Court to declare that Singh's amended counterclaims trigger State Farm's duty to defend under the eight-corners rule because it includes allegations that TMES caused personal injury and advertising injury, as State Farm defined those terms in its Policies; that none of the Policies' exclusions apply; and that State Farm's proffered explanation for withdrawing its defense is invalid.

## PRAYER

Test Masters Educations Services, Inc. requests this Court to enter a declaratory judgment in its favor pursuant to Chapter 37 of the Texas Civil Practice and Remedies Code, including an award of its costs and attorneys' fees incurred in bringing this action, as well as any and all other general relief to which it is entitled.



Certified Document Number: 55557567 - Page 4 of 5

Respectfully submitted

CHAMBERLAIN, HRDLICKA, WHITE
WILLIAMS & AUGHTRY

By: [signature]
Steven J. Knight
State Bar No. 24012975
Kevin D. Jewell
State Bar No. 00787769
1200 Smith Street, Ste. 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553

COUNSEL FOR PLAINTIFF

Certified Document Number: 55557567 - Page 5 of 5




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 10, 2013

Certified Document Number: 55557567 Total Pages: 5

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

7011 3500 0000 3726 4421

CAUSE NO. 201326666

RECEIPT NO. 460010 70.00 CTM
05-03-2013 TR # 72903165

PLAINTIFF: TEST MASTERS EDUCATIONAL SERVICES INC
vs.
DEFENDANT: STATE FARM LLOYDS

In The 215th
Judicial District Court
of Harris County, Texas
215TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: STATE FARM LLOYDS BY SERVING ITS REGISTERED AGENT FRED J MARSH
17301 PRESTON ROAD DALLAS TX 75252

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 3rd day of May, 2013, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 6th day of May, 2013, under my hand and seal of said Court.

Issued at request of:
KNIGHT, STEVEN JON
1200 SMITH SUITE 1400
HOUSTON, TX 77002
Tel: (713) 654-9603
Bar No.: 24012975

DISTRICT COURT OF HARRIS COUNTY, TEXAS

Chris Daniel
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: COBLE, JERRI LI PXB/PXB/9563797

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ______________________________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following addressee at address:

______________________________ ______________________________
ADDRESS

______________________________
ADDRESSEE

Service was executed in accordance with Rule 106(a)(2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at ______________________________
______________________________
on ______ day of ____________________, ________
by U.S. Postal delivery to ______________________________
______________________________

This citation was not executed for the following reason: ______________________________
______________________________

CHRIS DANIEL, District Clerk
HARRIS COUNTY, T E X A S

By ______________________________, Deputy

FILED
Chris Daniel
District Clerk
MAY 06 2013
Time: ______
By: ______ Harris County, Texas
Deputy

Certified Document Number: 55591564 - Page 1 of 1

N.INT.CITM.P




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 10, 2013

Certified Document Number: 55591564 Total Pages: 1

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 5/8/2013

2013266666


U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.12 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | 6.77 |

Received MAY - 7 2013 District Clerk
Postmark Here

7011 3500 0000 3726 4421

2013-26666-215th
State Farm Lloyds
c/o Fred J Marsh
17301 Preston Road
Dallas, Texas 75252

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging






I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 10, 2013

Certified Document Number: 55612964 Total Pages: 1

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 13 May 14 P4:24
Chris Daniel - District Clerk
Harris County
ED101J017486144
By: Carla E. Carrillo

No. 2013-26666

| | | |
|---|---|---|
| TEST MASTERS EDUCATIONAL SYSTEM, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | HARRIS COUNTY, T E X A S |
| | § | |
| STATE FARM LLOYDS | § | 215TH JUDICIAL DISTRICT |

**DEFENDANT'S SPECIAL EXCEPTIONS**

TO THE HONORABLE COURT:

State Farm Lloyds ("State Farm"), defendant, specially excepts to Plaintiff's Original Petition for its failure to identify the damages at issue, and asks that plaintiff be required to re-plead in order to state the amount of already-incurred legal expense put at issue by, and inherent in, its claim for declaratory relief that defendant owes such legal expense.

**THE REQUESTED DECLARATORY RELIEF HAS A PRICE TAG ATTACHED**

1. Plaintiff alleges State Farm withdrew from its defense in the underlying lawsuit on February 20, 2012, says such withdrawal was in error, and seeks a declaratory judgment that State Farm has a duty to defend Test Masters against the amended counterclaim of its opponent, Robin Singh Educational Services, Inc. ("RSES"), in the underlying lawsuit (C.A. 4:11-cv-02035) pending in U.S. District Court for the Southern District of Texas, Houston Division.

2. State Farm is entitled to know, and have plaintiff plead, the amount in controversy in this lawsuit. That includes, at a minimum, the amount of legal expense (billed and work-in-process, paid or unpaid) that has already been incurred by Test Masters since State Farm withdrew from its defense. Knowing the amount in controversy is a fundamental part of any defendant's evaluation of its lawsuit exposure, and it is relevant (indeed, essential) to a decision whether to file a notice of

Certified Document Number: 55692112 - Page 1 of 4

removal to U.S. District Court. Testmasters cannot thwart a defendant's legitimate exercise of its legal rights by pretending that facts fundamental to a defense and jurisdiction are not in issue.

**AMOUNT IN CONTROVERSY IS WELL-KNOWN TO TEST MASTERS**

3. As Test Masters notes, its litigation opponent (RSES) is "an extremely litigious California-based competitor." (Petition, ¶7). A review (on the U.S. District Clerk's PACER system) of filings with the court in the RSES vs. Test Masters lawsuit indicates that it has been very active. (See attached printout of lawsuit activities from PACER). It seems clear a significant sum is put at issue by the declaratory relief sought. That is because declaratory judgment in favor of Test Masters would immediately be followed by an amended pleading asking for an award against State Farm of the legal expense that is the subject of the declaratory relief (all expense incurred by Test Masters in the lawsuit since State Farm withdrew from its defense in February, 2012).

4. Declaratory judgment in favor of Test Masters (that State Farm had and breached a duty to defend) would certainly lead to an amended pleading for a money judgment for Test Masters, which would follow upon proof of its reasonable and necessary legal expense. Test Masters certainly knows, and can easily ask its lawyers to confirm, the amount of legal expense it has incurred in the underlying lawsuit since State Farm ceased paying its legal expense in that lawsuit.

5. There is only one scenario in which the incurred legal expense would be irrelevant. Test Masters would have to be the first successful insured claimant in the history of the courthouse to obtain its requested declaratory relief and then tell the court: "No, this was just a lawsuit about the principle—We're not asking for payment of the legal expense the court has just said State Farm owes." Unless Test Masters says it is engaged in such a pointless exercise (in which event State Farm will accept a stipulation), the legal expense it has incurred in the underlying lawsuit constitutes the



Certified Document Number: 55692112 - Page 2 of 4

damages put at issue by its declaratory relief claim. It therefore should be pled.

6. Defendant therefore asks that Test Masters be required to allege its existing damages: the amount of *all* legal expense it has incurred in the underlying lawsuit (billed and work-in-process, paid and unpaid) since State Farm withdrew from its defense in that lawsuit.

## CONCLUSION

State Farm therefore prays that the court sustain these special exceptions ordering that plaintiff re-plead to state the amount of damages (legal expense it has incurred to date in the underlying lawsuit) so that defendant can properly evaluate the lawsuit and its options for a defense.

Respectfully submitted,

RAMEY, CHANDLER, QUINN & ZITO, P.C.

By: *_/s/ Jack McKinley_*

Jack McKinley
State Bar No. 13716300
750 Bering Drive, Suite 600
Houston, Texas 77057
TEL:(713) 266-0074
FAX: (713) 266-1064
ATTORNEYS FOR DEFENDANT



Certified Document Number: 55692112 - Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant's Special Exceptions has been served upon all counsel of record in accordance with the rules on this the 14th day of May, 2013 as follows:

Steven J. Knight
Kevin D. Jewell
Chamberlain, Hrdlicka, White, Williams & Aughtry
1200 Smith Street, Suite 1400
Houston, Texas 77002

*/s/ Jack McKinley*
JACK MCKINLEY



Certified Document Number: 55692112 - Page 4 of 4




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 10, 2013

Certified Document Number: 55692112 Total Pages: 4

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

APPEAL, LEAD

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:08-cv-01771**

Test Masters Educational Services, Inc. v. Robin Singh Educational Services, Inc. et al
Assigned to: Judge Nancy F. Atlas
Member case: (View Member Case)
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 06/02/2008
Jury Demand: Both
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Test Masters Educational Services, Inc.** represented by **Kevin Dean Jewell**
Chamberlain Hrdlicka et al
1200 Smith St
Ste 1400
Houston, TX 77002-4401
713-654-9620
Fax: 713-658-2553
Email: kevin.jewell@chamberlainlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P Meleen**
Pirkey Barber LLP
600 Congress
Ste 2120
Austin, TX 78701
512-322-5200
Fax: 512-322-5201
Email: smeleen@pirkeybarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Donald Kratovil**
Dykema Gossett PLLC
1717 Main St
Ste 4000
Dallas, TX 75201
214-462-6400
Email: ckratovil@dykema.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robin Singh Educational Services, Inc.** represented by **Hassan Ali Zavareei**
2000 L Street, NW
Suite 808
Washington, DC 20036

EXHIBIT "A"

Certified Document Number: 55692113 - Page 1 of 21

(202)973-0900
Fax: (202)973-0950
Email: hzavareei@tzslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M Norminton**
Attorney at Law
433 North Camden Dr
Suite 1111
Beverly Hill, CA 90210
310-288-5900
Fax: 310-288-5901
Email: office@normintonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Patrick McShan**
Daniel Sheehan and Associates LLP
2501 North Harwood
Ste 1280
Dallas, TX 75201
214-468-8899
Fax: 214-468-8803 fax
Email: pmcshan@dsa-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robin Singh** represented by **Daniel J Sheehan , Jr**
Daniel Sheehan Assoc LLP
2501 N. Harwood Street
Suite 1280
Dallas, TX 75201
214-468-8899
Fax: 214-468-8803
Email: dsheehan@dsa-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hassan Ali Zavareei**
2000 L Street, NW
Suite 808
Washington, St 20036
(202)973-0900
Fax: (202)973-0950
Email: hzavareei@tzslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M Norminton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Certified Document Number: 55692113 - Page 2 of 21

| | | |
|---|---|---|
| | | **Michael Patrick McShan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Interested Party** | | |
| **Dr. Darshan Wadhwa** | represented by | **Dawn Shree Holiday**<br>Attorney at Law<br>2800 Post Oak Blvd<br>57th Fl<br>Houston, TX 77056<br>713-840-1666<br>Fax: 713-840-9404<br>Email: dholiday@robertsmarkel.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregg S Weinberg**<br>Roberts Markel Weinberg P.C.<br>2800 Post Oak Blvd<br>57th Floor<br>Houston, TX 77056<br>713-840-1666<br>Fax: 713-840-9404<br>Email: gweinberg@robertsmarkel.com<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** | | |
| **Robin Singh Educational Services, Inc.** | represented by | **Daniel J Sheehan , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Hassan Ali Zavareei**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas M Norminton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** | | |
| **Robin Singh** | represented by | **Hassan Ali Zavareei**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas M Norminton**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

Certified Document Number: 55692113 - Page 3 of 21

**Counter Defendant**

**Test Masters Educational Services, Inc.** represented by **Stephen P Meleen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Dean Jewell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Robin Singh Educational Services, Inc.** represented by **Hassan Ali Zavareei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M Norminton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Test Masters Educational Services, Inc.** represented by **Kevin Dean Jewell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P Meleen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2013 | | Notice of Assignment of USCA No. 13-20250 re: 194 Notice of Appeal, filed. (blacy, ) (Entered: 05/08/2013) |
| 05/06/2013 | 195 | Notice of the Filing of an Appeal. DKT13 transcript order form was mailed to appellant (1 copy needed. Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 193 MOTION to Alter Judgment, 194 Notice of Appeal, filed. (Attachments: # 1 NOA, # 2 Memorandum, # 3 Docket sheet, # 4 DKT13 form)(smurdock, ) (Entered: 05/06/2013) |
| 05/03/2013 | 194 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 185 Memorandum and Order,,,,, by Test Masters Educational Services, Inc. (Filing fee $ 455, receipt number 0541-11372221), filed.(Jewell, Kevin) (Entered: 05/03/2013) |
| 05/03/2013 | 193 | MOTION to Alter Judgment by Test Masters Educational Services, Inc., filed. Motion Docket Date 5/24/2013. (Attachments: # 1 Proposed Order Proposed Final Judgment)(Jewell, Kevin) (Entered: 05/03/2013) |
| | | |

Certified Document Number: 55692113 - Page 4 of 21

| | | |
|---|---|---|
| 04/30/2013 | 192 | ORDER The Court has received and reviewed Plaintiffs written status report [Doc. # 191] and Defendants written status report [Doc. # 190]. Plaintiff, while disagreeing with the substance of the Courts Memorandum and Order [Doc. # 185] entered April 5, 2013, states that the Courts decision disposes of all pending claims and counterclaims in this case. Defendants disagree. It is herebyORDERED that by May 8, 2013, Plaintiff shall file a motion for entry of final judgment, subject to its objection to the substance of the Courts ruling and reserving all rights in connection with the injunction issued by Hon. Vanessa Gilmore. Plaintiff shall include a proposed Final Judgment. It is furtherORDERED that Defendants must file any opposition by May 22, 2013. Any opposition must include an explanation, with legal authority, for the position asserted by Defendants that they are entitled, given the record in this case, to pursue infringement and unfair competition claims based on an assertion of more restrictive common law trademark rights in the subject mark only in connection with LSAT preparation courses. The opposition also must include an explanation, with legal authority, for the position asserted by Defendants that their state law claims survive the Courts ruling on summary judgment and should proceed before this Court. It is furtherORDERED that Plaintiff shall file any response to Defendants opposition by June 3, 2013. After that date, no further briefing on the issue will be accepted. (Signed by Judge Nancy F. Atlas) Parties notified. (sashabranner, ) (Entered: 04/30/2013) |
| 04/26/2013 | 191 | STATUS REPORT by Test Masters Educational Services, Inc., filed.(Jewell, Kevin) (Entered: 04/26/2013) |
| 04/26/2013 | 190 | STATUS REPORT by Robin Singh Educational Services, Inc., Robin Singh, filed. (McShan, Michael) (Entered: 04/26/2013) |
| 04/15/2013 | | ***Deadlines terminated. (sashabranner, ) (Entered: 04/15/2013) |
| 04/15/2013 | 189 | ORDER the status conference on April 23, 2013, at 10 a.m. is CANCELLED. It is furtherORDERED that in place of the status conference, the parties must file on or before April 26, 2013, a written status report setting forth which claims, if any, remain for trial.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 04/15/2013) |
| 04/12/2013 | 188 | *4-12-13 Letter regarding status conference set on 4-23-12* by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(McShan, Michael) (Entered: 04/12/2013) |
| 04/12/2013 | 187 | ORDER GRANTED 186 Document ( Status Conference set for 4/23/2013 at 10:00 AM in Courtroom 9F before Judge Nancy F. Atlas)(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 04/12/2013) |
| 04/11/2013 | 186 | *4-11-13 Letter to Judge Atlas regarding status conference set on 4-16-13* by Test Masters Educational Services, Inc., filed. (Attachments: # 1 Unredacted attachment Notice of Setting in D.C. case)(Jewell, Kevin) (Entered: 04/11/2013) |
| 04/05/2013 | 185 | MEMORANDUM AND ORDER the decision of the TTAB is AFFIRMED and TESs applications the subject of Opposition Cases No. 91163136, 91164627, and 91171241, specifically the applications for geographically unrestricted registration of the Mark in connection with all educational services, namely, providing courses of instruction and materials to prepare students to take and achieve higher scores on standardized tests, are DENIED. It is further ORDERED that Defendants Motion for Summary Judgment [Doc. # 156] is GRANTED as to the Mark being descriptive, GRANTED as to the denial of TESs challenges to the TTAB decision, GRANTED as to TESs infringement claims relating to conduct in Texas, and GRANTED as to |

Certified Document Number: 55692113 - Page 5 of 21

| | | |
|---|---|---|
| | | TESs infringement claims relating to conduct outside Texas as asserted in this case. It is furtherORDERED that TESs Motion to Dismiss Defendants Counterclaims or for Partial Summary Judgment [Doc. # 158] is GRANTED to the extent the Court concludes that Singhs infringement counterclaims are barred by collateral estoppel. It is furtherORDERED that counsel and principals shall appear before the Court for a status and scheduling conference at 10:00 a.m. on Tuesday, April 16, 2013.( Status Conference set for 4/16/2013 at 10:00 AM in Courtroom 9F before Judge Nancy F. Atlas)(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 04/05/2013) |
| 03/25/2013 | 184 | RESPONSE to 179 Objections *of Defendants, to Plaintiff's Summary Judgment Evidence*, filed by Test Masters Educational Services, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Jewell, Kevin) (Entered: 03/25/2013) |
| 03/13/2013 | 183 | *Letter to Court* by Test Masters Educational Services, Inc., filed.(Kratovil, Christopher) (Entered: 03/13/2013) |
| 03/13/2013 | 182 | ORDER striking 180 Motion for Leave to File; striking 181 Motion for Order to Show Cause.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 03/13/2013) |
| 03/12/2013 | 181 | MOTION for Order to Show Cause by Test Masters Educational Services, Inc., filed. Motion Docket Date 4/2/2013. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7-A, # 8 Exhibit 7-B, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13)(Kratovil, Christopher) (Entered: 03/12/2013) |
| 03/12/2013 | 180 | MOTION for Leave to File Under Seal by Test Masters Educational Services, Inc., filed. Motion Docket Date 4/2/2013. (Kratovil, Christopher) (Entered: 03/12/2013) |
| 03/04/2013 | 179 | OBJECTIONS to 168 Response to Motion,,, filed by Robin Singh Educational Services, Inc., Robin Singh. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(McShan, Michael) (Entered: 03/04/2013) |
| 03/04/2013 | 178 | REPLY to 158 MOTION for Summary Judgment, 167 Response to Motion,,, filed by Test Masters Educational Services, Inc.. (Attachments: # 1 Exhibit 22, # 2 Exhibit 23, # 3 Exhibit 23-A, # 4 Exhibit 23-B)(Jewell, Kevin) (Entered: 03/04/2013) |
| 03/04/2013 | 177 | RESPONSE to 175 Objections, filed by Robin Singh Educational Services, Inc., Robin Singh. (McShan, Michael) (Entered: 03/04/2013) |
| 03/04/2013 | 176 | REPLY in Support of 156 MOTION for Summary Judgment, filed by Robin Singh Educational Services, Inc., Robin Singh. (Attachments: # 1 Exhibit I)(McShan, Michael) (Entered: 03/04/2013) |
| 02/18/2013 | 175 | OBJECTIONS to 156 MOTION for Summary Judgment *Evidence*, filed by Test Masters Educational Services, Inc.. (Jewell, Kevin) (Entered: 02/18/2013) |
| 02/18/2013 | 174 | Sealed Event, filed. (With attachments) (Entered: 02/18/2013) |
| 02/18/2013 | 173 | Sealed Event, filed. (With attachments) (Entered: 02/18/2013) |
| 02/18/2013 | 172 | EXHIBITS re: 168 Response to Motion,, 169 Exhibits,, 171 Exhibits,, 170 Exhibits,, by Test Masters Educational Services, Inc., filed. (Attachments: # 1 S, # 2 T, # 3 U, # 4 U-1, # 5 U-2, # 6 U-3, # 7 U-4, # 8 U-5, # 9 U-6, # 10 U-7, # 11 U-8, # 12 U-9, # 13 U-10, # 14 V, # 15 Exhibit W, # 16 Exhibit X, # 17 Exhibit Y, # 18 Exhibit Z, # 19 Exhibit AA, # 20 Exhibit BB, # 21 Exhibit CC, # 22 Exhibit DD, # 23 Exhibit EE, # 24 Exhibit FF)(Jewell, Kevin) (Entered: 02/18/2013) |

Certified Document Number: 55692113 - Page 6 of 21

| | | |
|---|---|---|
| 02/18/2013 | 171 | EXHIBITS re: 168 Response to Motion,, 169 Exhibits,, 170 Exhibits,, by Test Masters Educational Services, Inc., filed. (Attachments: # 1 Exhibit E-46, # 2 Exhibit E-47, # 3 Exhibit E-48, # 4 Exhibit E-49, # 5 Exhibit E-50, # 6 Exhibit E-51, # 7 Exhibit E-52, # 8 Exhibit E-53, # 9 Exhibit E-54, # 10 Exhibit E-55, # 11 Exhibit F-1, # 12 Exhibit F-2, # 13 Exhibit G, # 14 Exhibit H, # 15 Exhibit I, # 16 Exhibit J, # 17 Exhibit K, # 18 Exhibit L-1, # 19 Exhibit L-2, # 20 Exhibit M, # 21 Exhibit N, # 22 Exhibit O, # 23 Exhibit P, # 24 Exhibit Q, # 25 Exhibit R)(Jewell, Kevin) Modified on 2/19/2013 (smurdock, ). (Entered: 02/18/2013) |
| 02/18/2013 | 170 | EXHIBITS re: 168 Response to Motion,, 169 Exhibits,, by Test Masters Educational Services, Inc., filed. (Attachments: # 1 Exhibit E-23, # 2 Exhibit E-24, # 3 Exhibit E-25, # 4 Exhibit E-26, # 5 Exhibit E-27, # 6 Exhibit E-28, # 7 Exhibit E-29, # 8 Exhibit E-30, # 9 Exhibit E-31, # 10 Exhibit E-32, # 11 Exhibit E-33, # 12 Exhibit E-34, # 13 Exhibit E-35, # 14 Exhibit E-36, # 15 Exhibit E-37, # 16 Exhibit E-38, # 17 Exhibit E-39, # 18 Exhibit E-40, # 19 Exhibit E-41, # 20 Exhibit E-42, # 21 Exhibit E-43, # 22 Exhibit E-44, # 23 Exhibit E-45)(Jewell, Kevin) (Entered: 02/18/2013) |
| 02/18/2013 | 169 | EXHIBITS re: 168 Response to Motion,, by Test Masters Educational Services, Inc., filed. (Attachments: # 1 Exhibit D, # 2 Exhibit E, # 3 Exhibit E-1, # 4 Exhibit E-2, # 5 Exhibit E-3, # 6 Exhibit E-4, # 7 Exhibit E-5, # 8 Exhibit E-6, # 9 Exhibit E-7, # 10 Exhibit E-8, # 11 Exhibit E-9, # 12 Exhibit E-10, # 13 Exhibit E-11, # 14 Exhibit E-12, # 15 Exhibit E-13, # 16 Exhibit E-14, # 17 Exhibit E-15, # 18 Exhibit E-16, # 19 Exhibit E-17, # 20 Exhibit E-18, # 21 Exhibit E-19, # 22 Exhibit E-20, # 23 Exhibit E-21, # 24 Exhibit E-22)(Jewell, Kevin) Modified on 2/19/2013 (smurdock, ). (Entered: 02/18/2013) |
| 02/18/2013 | 168 | RESPONSE to 156 MOTION for Summary Judgment filed by Test Masters Educational Services, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit C-1, # 5 Exhibit C-2, # 6 Exhibit C-3, # 7 Exhibit C-4, # 8 Exhibit C-5, # 9 Exhibit C-6, # 10 Exhibit C-7, # 11 Exhibit C-8, # 12 Exhibit C-9, # 13 Exhibit C-10, # 14 Exhibit C-11, # 15 Exhibit C-12, # 16 Exhibit C-13, # 17 Exhibit C-14, # 18 Exhibit C-15, # 19 Exhibit C-16, # 20 Exhibit C-17, # 21 Exhibit C-18, # 22 Exhibit C-19, # 23 Exhibit C-20, # 24 Exhibit C-21, # 25 Exhibit C-22)(Jewell, Kevin) (Entered: 02/18/2013) |
| 02/18/2013 | 167 | RESPONSE to 158 MOTION for Summary Judgment filed by Robin Singh Educational Services, Inc., Robin Singh. (Attachments: # 1 Appendix, # 2 Exhibit G, # 3 Exhibit G-1, # 4 Exhibit G-2, # 5 Exhibit G-3, # 6 Exhibit G-4, # 7 Exhibit G-5, # 8 Exhibit G-6, # 9 Exhibit G-7, # 10 Exhibit G-8, # 11 Exhibit G-9, # 12 Exhibit G-10, # 13 Exhibit G-11, # 14 Exhibit G-12, # 15 Exhibit G-13, # 16 Exhibit G-14, # 17 Exhibit H, # 18 Exhibit H-1, # 19 Exhibit H-2 (Part 1), # 20 Exhibit H-2 (Part 2)) (McShan, Michael) (Entered: 02/18/2013) |
| 01/22/2013 | 166 | EXHIBITS re: 156 MOTION for Summary Judgment by Robin Singh Educational Services, Inc Robin Singh, filed. 1 CD containing Ex A-11, Ex A-17 and Ex A-23 on file in the Clerk's Office.(glyons) (Entered: 01/23/2013) |
| 01/18/2013 | 165 | EXHIBITS re: 156 MOTION for Summary Judgment by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit D-22, # 2 Exhibit D-23, # 3 Exhibit D-24, # 4 Exhibit D-25, # 5 Exhibit D-26, # 6 Exhibit D-27, # 7 Exhibit D-28, # 8 Exhibit D-29, # 9 Exhibit D-30, # 10 Exhibit D-31, # 11 Exhibit D-32, # 12 Exhibit D-33, # 13 Exhibit D-34, # 14 Exhibit D-35, # 15 Exhibit E, # 16 Exhibit F, # 17 Exhibit F-1)(McShan, Michael) (Entered: 01/18/2013) |
| 01/18/2013 | 164 | EXHIBITS re: 156 MOTION for Summary Judgment by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit D-4, # 2 Exhibit D-5, # |

Certified Document Number: 55692113 - Page 7 of 21

| | | |
|---|---|---|
| | | 3 Exhibit D-6, # 4 Exhibit D-7, # 5 Exhibit D-8, # 6 Exhibit D-9, # 7 Exhibit D-10, # 8 Exhibit D-11, # 9 Exhibit D-12, # 10 Exhibit D-13, # 11 Exhibit D-14, # 12 Exhibit D-15, # 13 Exhibit D-16, # 14 Exhibit D-17, # 15 Exhibit D-18, # 16 Exhibit D-19, # 17 Exhibit D-20, # 18 Exhibit D-21)(McShan, Michael) (Entered: 01/18/2013) |
| 01/18/2013 | 163 | EXHIBITS re: 156 MOTION for Summary Judgment by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit A-20, # 2 Exhibit A-21, # 3 Exhibit A-22, # 4 Exhibit A-23, # 5 Exhibit A-24, # 6 Exhibit A-25, # 7 Exhibit B, # 8 Exhibit B-1, # 9 Exhibit B-2, # 10 Exhibit B-3, # 11 Exhibit B-4, # 12 Exhibit C, # 13 Exhibit D, # 14 Exhibit D-1, # 15 Exhibit D-2, # 16 Exhibit D-3)(McShan, Michael) (Entered: 01/18/2013) |
| 01/18/2013 | 162 | EXHIBITS re: 156 MOTION for Summary Judgment by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit A-14 (Part 1), # 2 Exhibit A-14 (Part 2), # 3 Exhibit A-15 (Part 1), # 4 Exhibit A-15 (Part 2), # 5 Exhibit A-16, # 6 Exhibit A-17, # 7 Exhibit A-18 (Part 1), # 8 Exhibit A-18 (Part 2), # 9 Exhibit A-18 (Part 3), # 10 Exhibit A-19 (Part 1), # 11 Exhibit A-19 (Part 2), # 12 Exhibit A-19 (Part 3), # 13 Exhibit A-19 (Part 4, # 14 Exhibit A-19 (Part 5), # 15 Exhibit A-19 (Part 6))(McShan, Michael) (Entered: 01/18/2013) |
| 01/18/2013 | 161 | EXHIBITS re: 156 MOTION for Summary Judgment by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit A-10 (Part 1), # 2 Exhibit A-10 (Part 2), # 3 Exhibit A-10 (Part 3), # 4 Exhibit A-11, # 5 Exhibit A-12, # 6 Exhibit A-13 (Part 1), # 7 Exhibit A-13 (Part 2), # 8 Exhibit A-13 (Part 3), # 9 Exhibit A-13 (Part 4), # 10 Exhibit A-13 (Part 5))(McShan, Michael) (Entered: 01/18/2013) |
| 01/18/2013 | 160 | EXHIBITS re: 156 MOTION for Summary Judgment by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit A-6 (Part 11), # 2 Exhibit A-6 (Part 12), # 3 Exhibit A-6 (Part 13), # 4 Exhibit A-6 (Part 14), # 5 Exhibit A-6 (Part 15), # 6 Exhibit A-6 (Part 16), # 7 Exhibit A-6 (Part 17), # 8 Exhibit A-6 (Part 18), # 9 Exhibit A-6 (Part 19), # 10 Exhibit A-6 (Part 20), # 11 Exhibit A-7, # 12 Exhibit A-8, # 13 Exhibit A-9 (Part 1), # 14 Exhibit A-9 (Part 2), # 15 Exhibit A-9 (Part 3), # 16 Exhibit A-9 (Part 4))(McShan, Michael) (Entered: 01/18/2013) |
| 01/18/2013 | 159 | EXHIBITS re: 156 MOTION for Summary Judgment by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit A-6 (Part 1), # 2 Exhibit A-6 (Part 2), # 3 Exhibit A-6 (Part 3), # 4 Exhibit A-6 (Part 4), # 5 Exhibit A-6 (Part 5), # 6 Exhibit A-6 (Part 6), # 7 Exhibit A-6 (Part 7), # 8 Exhibit A-6 (Part 8), # 9 Exhibit A-6 (Part 9), # 10 Exhibit A-6 (Part 10))(McShan, Michael) (Entered: 01/18/2013) |
| 01/18/2013 | 158 | MOTION for Summary Judgment by Test Masters Educational Services, Inc., filed. Motion Docket Date 2/8/2013. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21)(Jewell, Kevin) (Entered: 01/18/2013) |
| 01/18/2013 | 157 | EXHIBITS re: 156 MOTION for Summary Judgment by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit A-1 (Part 1), # 3 Exhibit A-1 (Part 2), # 4 Exhibit A-2 (Part 1), # 5 Exhibit A-2 (Part 2), # 6 Exhibit A-2 (Part 3), # 7 Exhibit A-3 (Part 1), # 8 Exhibit A-3 (Part 2), # 9 Exhibit A-4, # 10 Exhibit A-5)(McShan, Michael) (Entered: 01/18/2013) |

Certified Document Number: 55692113 - Page 8 of 21

| | | |
|---|---|---|
| 01/18/2013 | 156 | MOTION for Summary Judgment by Robin Singh Educational Services, Inc., Robin Singh. filed. Motion Docket Date 2/8/2013. (Attachments: # 1 Appendix)(McShan, Michael) (Entered: 01/18/2013) |
| 12/12/2012 | 155 | SCHEDULING ORDER. ETT: 10+ days. Jury. Dispositive Motion Filing due by 1/18/2013. Responses due by 2/18/2013. Joint Pretrial Order due by 6/3/2013. Docket Call set for 6/18/2013 at 03:00 PM in Courtroom 9F before Judge Nancy F. Atlas(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 12/12/2012) |
| 12/10/2012 | 154 | Notice of Filing of Official Transcript as to 153 Transcript. Party notified, filed. (klinds, ) (Entered: 12/10/2012) |
| 12/08/2012 | 153 | TRANSCRIPT re: Motion Hearing held on December 4, 2012 before Judge Nancy F. Atlas. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Release of Transcript Restriction set for 3/8/2013., filed. (mahenry, ) (Entered: 12/08/2012) |
| 12/06/2012 | 152 | AO 435 TRANSCRIPT ORDER FORM by Patrick McShan. This is to order a transcript of Hearing held on 12/4/2012 before Judge Nancy F. Atlas (Original). Transcriber: Judicial Transcribers of Texas, filed. (jdav, ). Daily Order forwarded electronically to Judicial Transcribers of Texas on 12/07/2012. Modified on 12/7/2012 (pcrawford, ). (Entered: 12/06/2012) |
| 12/04/2012 | 151 | MINUTE ENTRY ORDER: Status conference held. Appearances: Michael Patrick McShan, Daniel J Sheehan, Jr, Kevin Dean Jewell, Stephen P Meleen. Ct Reporter: ERO. Parties motions for leave to file motion for summary judgment [Docs. # 146 and # 147] are GRANTED.Parties may file summary judgment motions on topics identified on the record in open court. There may be only one motion per side raising all issues, the motions are limited to 35 pages (not including exhibits), and the motions should have one inch margins with a font of 13 in New Times Roman. The Court will allow each side to file a motion, response and a reply.Parties to submit a proposed amended docket control order including the summary judgement briefing schedule, and a new joint pretrial order submission date.The January 10, 2013 docket call and joint pretrial order sumission date is vacated.The parties are ordered to participate in the telpehone deposition of the Blueprint witnesses in California, as scheduled, which deposition may cover only the topics included in an outline TES must provid in advance of the deposition (24 hours), which topics must be consistent with TESs counsels representations at the hearing and the Courts prior rulings. (Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 12/06/2012) |
| 11/29/2012 | 150 | *Letter responding to Plaintiff's November 28 letter* by Robin Singh Educational Services, Inc., Robin Singh, filed.(McShan, Michael) (Entered: 11/29/2012) |
| 11/28/2012 | 149 | *Letter dated 11-28-12 to Judge Atlas, summary response to Singh's Motion for Leave to File Summary Judgment Motions, Dkt 146,* by Test Masters Educational Services, Inc., filed.(Jewell, Kevin) (Entered: 11/28/2012) |
| 11/28/2012 | 148 | *Letter brief responding to Plaintiff's November 19 letter* by Robin Singh Educational Services, Inc., Robin Singh, filed.(McShan, Michael) (Entered: 11/28/2012) |
| 11/19/2012 | 147 | *Letter 11-19-12 to Judge Atlas* by Test Masters Educational Services, Inc., filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Jewell, Kevin) (Entered: 11/19/2012) |
| 11/19/2012 | 146 | MOTION for Leave to File Summary Judgment Motions by Robin Singh |

Certified Document Number: 55692113 - Page 9 of 21

| | | |
|---|---|---|
| | | Educational Services, Inc., Robin Singh, filed. Motion Docket Date 12/10/2012. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(McShan, Michael) (Entered: 11/19/2012) |
| 11/01/2012 | 145 | Notice of Filing of Official Transcript as to 143 Transcript. Party notified, filed. (jdav, ) (Entered: 11/01/2012) |
| 10/31/2012 | 143 | TRANSCRIPT re: DISCOVERY HEARING held on 10/29/12 before Judge Nancy F. Atlas. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Release of Transcript Restriction set for 1/29/2013., filed. (gwintrow, ) (Entered: 10/31/2012) |
| 10/30/2012 | 142 | AO 435 TRANSCRIPT ORDER FORM by Kevin Jewell. This is to order a transcript of Discovery Hearing held on 3/19/2012 before Judge Nancy F. Atlas (Copy Order). Transcriber: Exceptional Reporting Services, filed (jdav, ). Daily Order forwarded electronically to Exceptional Reporting Services on 10/30/2012. Modified on 10/30/2012 (pcrawford, ). (Entered: 10/30/2012) |
| 10/29/2012 | 144 | MINUTE ENTRY ORDER: Discovery held Appearances: Michael Patrick McShan, Daniel J Sheehan, Jr, Kevin Dean Jewell. Ct Reporter: ERO. Discovery conference held on Defendants letter to the Court [Doc. #136] and Plaintiffs letter [Doc. # 140].Rulings as stated on the record in open court(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 10/31/2012) |
| 10/29/2012 | 141 | AO 435 TRANSCRIPT ORDER FORM by Patrick McShan. This is to order a transcript of Discovery Hearing held on 10/29/2012 before Judge Nancy F. Atlas (Daily/ASAP). Transcriber: Exceptional Reporting Services, filed (jdav, ). Daily Order forwarded electronically to Exceptional Reporting Services on 10/30/2012. Modified on 10/30/2012 (pcrawford, ). (Entered: 10/30/2012) |
| 10/26/2012 | 140 | *Ltr 10-26-12 to Judge Atlas in Response to Singh 10-23-12 Ltr* by Test Masters Educational Services, Inc., filed. (Attachments: # 1 Exhibit 1)(Jewell, Kevin) (Entered: 10/26/2012) |
| 10/25/2012 | 139 | Notice of Filing of Official Transcript as to 137 Transcript. Party notified, filed. (klinds, ) (Entered: 10/25/2012) |
| 10/24/2012 | 138 | ORDER SETTING DISCOVERY CONFERENCE AND DIRECTIVE TO CONFER Discovery Hearing set for 10/29/2012 at 03:30 PM in Courtroom 9F before Judge Nancy F. Atlas(Signed by Judge Nancy F. Atlas) Parties notified. (sashabranner, ) (Main Document 138 replaced on 10/25/2012) (sashabranner, ). (Entered: 10/24/2012) |
| 10/24/2012 | 137 | TRANSCRIPT re: MOTION HEARING held on 10/16/12 before Judge Nancy F. Atlas. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Release of Transcript Restriction set for 1/22/2013., filed. (gwintrow, ) (Entered: 10/24/2012) |
| 10/23/2012 | 136 | *Letter Request for Discovery Dispute Determination* by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit A)(McShan, Michael) (Entered: 10/23/2012) |
| 10/21/2012 | 135 | AO 435 TRANSCRIPT ORDER FORM by Patrick McShan. This is to order a transcript of Discovery Conference held on 10/16/2012 before Judge Nancy F. Atlas (Copy). Court Reporter/Transcriber: Exceptional Reporting Services, filed. (amwilliams) Electronically forwarded to Exceptional Reporting Services on 10/23/2012 (amwilliams, ). (Entered: 10/22/2012) |
| 10/17/2012 | 134 | *Ltr 9-25-12 to Judge Atlas in Response to Court's instruction at 9-21-12 hearing* by |

Certified Document Number: 55692113 - Page 10 of 21

| | | |
|---|---|---|
| | | Test Masters Educational Services, Inc., filed. (Attachments: # 1 Attachment)(Jewell, Kevin) (Entered: 10/17/2012) |
| 10/16/2012 | 133 | MINUTE ENTRY ORDER: Discovery conference held Appearances: Daniel J Sheehan, Jr, Kevin Dean Jewell. Ct Reporter: ERO. Discovery conference held on Defendants letter to the Court [Doc. #130] and Plaintiffs letter [Doc. # 132].Rulings as stated on the record in open court.Parties to file Motion for Leave to File Motions by November 19, 2012. Responses due November 28, 2012. A copy of the TTAB ruling, the Fifth Circuit opinion, and any other court or agency ruling discussed in the Motions/Responses must be provided to this Court.Hearing on Motions scheduled for December 4, 2012, at 12:30 p.m. No motions for summary judgment or motions to exclude expert testimony may be filed without leave of court. Dispositive Motion Filing due by 11/19/2012. Responses due by 11/28/2012. Motion Hearing set for 12/4/2012 at 12:30 PM in Courtroom 9F before Judge Nancy F. Atlas(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 10/16/2012) |
| 10/15/2012 | 132 | *Ltr 10-15-12 to Judge Atlas in response to Singh 10-10-12 Ltr* by Test Masters Educational Services, Inc., filed.(Jewell, Kevin) (Entered: 10/15/2012) |
| 10/10/2012 | 131 | ORDER SETTING DISCOVERY CONFERENCE AND DIRECTIVE TO CONFER Setting Hearing on Letter dated October 10, 2012 Discovery Hearing set for 10/16/2012 at 10:00 AM in Courtroom 9F before Judge Nancy F. Atlas(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 10/10/2012) |
| 10/10/2012 | 130 | *Letter Request for Discovery Dispute Conference* by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (McShan, Michael) (Entered: 10/10/2012) |
| 10/08/2012 | 129 | AO 435 TRANSCRIPT ORDER FORM by Kevin D. Jewell. This is to order a transcript of Hearing held on 9/21/2012 before Judge Nancy F. Atlas (Copy Order). Transcriber: Exceptional Reporting Services, filed (jdav, ). Expedited Copy Order forwarded electronically to Exceptional Reporting Services on 10/09/2012. Modified on 10/9/2012 (pcrawford, ). (Entered: 10/09/2012) |
| 09/26/2012 | 128 | Notice of Filing of Official Transcript as to 127 Transcript. Party notified, filed. (jdav, ) (Entered: 09/26/2012) |
| 09/25/2012 | 127 | TRANSCRIPT re: DISCOVERY HEARING held on 9/21/12 before Judge Nancy F. Atlas. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Release of Transcript Restriction set for 12/24/2012., filed. (thudson, ) (Entered: 09/25/2012) |
| 09/24/2012 | 125 | AO 435 TRANSCRIPT ORDER FORM by Patrick McShan. This is to order a transcript of Discovery conference held on 9/21/2012 before Judge Nancy F. Atlas. Court Reporter/Transcriber: Exceptional Reporting, filed. (jdav, )Electronically forwarded to Exceptional Reporting Services on 9/24/2012 (emathis, ). (Entered: 09/24/2012) |
| 09/24/2012 | 124 | Notice of Filing of Official Transcript as to 122 Transcript, 123 Transcript. Party notified, filed. (jdav, ) (Entered: 09/24/2012) |
| 09/21/2012 | 126 | MINUTE ENTRY ORDER: Discovery conference held Appearances: Michael Patrick McShan, Kevin Dean Jewell. Ct Reporter: ERO. Discovery conference held on Plaintiffs letter to the Court [Doc. #116].Rulings as stated on the record in open court.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 09/24/2012) |
| 09/21/2012 | 123 | TRANSCRIPT re: DISCOVERY HEARING held on 03-19-12 before Judge Nancy |

Certified Document Number: 55692113 - Page 11 of 21

| | | |
|---|---|---|
| | | F. Atlas. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Release of Transcript Restriction set for 12/20/2012., filed. (esaenz, ) (Entered: 09/21/2012) |
| 09/21/2012 | 122 | TRANSCRIPT re: DE #36, SCHEDULING CONFERENCE held on 07-14-11 before Judge Nancy F. Atlas. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Release of Transcript Restriction set for 12/20/2012., filed. (esaenz, ) (Entered: 09/21/2012) |
| 09/21/2012 | 121 | *Plaintiff's Submission For September 21, 2012 Conference* by Test Masters Educational Services, Inc., filed.(Jewell, Kevin) (Entered: 09/21/2012) |
| 09/20/2012 | 120 | *Submission for 9/21 hearing* by Robin Singh Educational Services, Inc., Robin Singh. filed. (Attachments: # 1 Exhibit Singh's submission for 9/21 hearing) (McShan, Michael) (Entered: 09/20/2012) |
| 09/20/2012 | 119 | ORDER SETTING DISCOCVERY CONFERENCE AND DIRECTIVE TO CONFER Discovery Hearing set for 9/21/2012 at 01:30 PM in Courtroom 9F before Judge Nancy F. Atlas(Signed by Judge Nancy F. Atlas) Parties notified. (sashabranner, ) (Entered: 09/20/2012) |
| 09/19/2012 | 118 | AO 435 TRANSCRIPT ORDER FORM by Patrick McShan. This is to order a transcript of Discovery Hearing held on 3/19/2012 before Judge Nancy F. Atlas (Original). Transcriber: Exceptional Reporting Services, filed. (mlothmann). Daily Copy Order forwarded electronically to Exceptional Reporting Services on 9/20/2012. Modified on 9/20/2012 (pcrawford). (Entered: 09/19/2012) |
| 09/19/2012 | 117 | AO 435 TRANSCRIPT ORDER FORM by Patrick McShan. This is to order a transcript of Discovery Hearing held on 7/14/2012 before Judge Nancy F. Atlas (Original). Transcriber: Exceptional Reporting Services, filed. (mlothmann). Per P. McShan, hearing date should have been 7/14/2011. Daily Order forwarded electronically to Exceptional Reporting Services on 9/20/2012. Modified on 9/20/2012 (pcrawford). (Entered: 09/19/2012) |
| 09/19/2012 | 116 | *Letter to Judge Atlas 9-19-12 re compliance with Court's discovery orders and completeness of discovery* by Test Masters Educational Services, Inc., filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Jewell, Kevin) (Entered: 09/19/2012) |
| 08/24/2012 | 115 | Notice of Filing of Official Transcript as to 114 Transcript. Party notified, filed. (dhansen, ) (Entered: 08/24/2012) |
| 08/23/2012 | 114 | TRANSCRIPT re: MOTION DISCOVERY HEARING held on 08-20-12 before Judge Nancy F. Atlas. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Release of Transcript Restriction set for 11/21/2012., filed. (esaenz, ) (Entered: 08/23/2012) |
| 08/21/2012 | 113 | AO 435 TRANSCRIPT ORDER FORM by Patrick McShan. This is to order a transcript of Discovery held on 8/20/12 before Judge Nancy F. Atlas (First Copy). Court Reporter/Transcriber: Exceptional Reporting, filed. (rosaldana) Electronically forwarded to Exceptional Reporting Services on 8/22/2012 (emathis, ). (Entered: 08/21/2012) |
| 08/20/2012 | 112 | MINUTE ENTRY ORDER: Discovery hearing held Appearances: Michael Patrick McShan, Kevin Dean Jewell. Ct Reporter: ERO. Discovery hearing held on Defendants letter to the Court [Doc. #109] and Plaintiffs letter response [Doc. 111].Rulings as stated on the record in open court.Parties must notify the Court in advance if the parties intend on using the Courts jury room for depositions.(Signed |

Certified Document Number: 55692113 - Page 12 of 21

| | | |
|---|---|---|
| | | by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 08/21/2012) |
| 08/14/2012 | 111 | *Ltr 8-14-12 to Judge Atlas regarding depositions* by Test Masters Educational Services, Inc., filed.(Jewell, Kevin) (Entered: 08/14/2012) |
| 08/13/2012 | 110 | ORDER SETTING DISCOVERY CONFERENCE AND DIRECTIVE TO CONFER Setting Hearing on Motion Discovery Hearing set for 8/20/2012 at 11:00 AM in Courtroom 9F before Judge Nancy F. Atlas(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 08/13/2012) |
| 08/12/2012 | 109 | *Letter Request for Discovery Dispute Conference and Emergency Order* by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit) (McShan, Michael) (Entered: 08/12/2012) |
| 08/03/2012 | 108 | Notice of Filing of Official Transcript as to 107 Transcript. Party notified, filed. (jdav, ) (Entered: 08/03/2012) |
| 08/02/2012 | 107 | TRANSCRIPT re: DISCOVERY HEARING held on 07-24-12 before Judge Nancy F. Atlas. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Release of Transcript Restriction set for 10/31/2012., filed. (esaenz, ) (Entered: 08/02/2012) |
| 08/01/2012 | 106 | ORDER Discovery due by 10/19/2012. Dispositive Motion Filing due by 11/19/2012.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 08/01/2012) |
| 07/31/2012 | 105 | *Ltr 7-31-12 to Judge Atlas* by Test Masters Educational Services, Inc., filed. (Attachments: # 1 Proposed Order Revised Docket Control Order)(Jewell, Kevin) (Entered: 07/31/2012) |
| 07/30/2012 | 104 | AO 435 TRANSCRIPT ORDER FORM by M. Patrick McShan. This is to order a transcript of Discovery Hearing held on 7/24/12 before Judge Nancy F. Atlas (Original). Transcriber: Exceptional Reporting Services, filed. (glyons). Expedited Order forwarded electronically to Exceptional Reporting Services on 8/01/2012. Modified on 8/1/2012 (pcrawford, ). (Entered: 07/31/2012) |
| 07/24/2012 | 103 | MINUTE ENTRY ORDER: Discovery held Appearances: Kevin Jewell/David Shank for Plaintiff, Michael McShan for Defendant. Ct Reporter: ERO. Discovery hearing held on Plaintiffs letter to the Court [Doc. # 97] and Defendants letter [Doc. # 102]. Rulings as stated on the record in open court.All scheduling deadlines that have not already expired are extended approximately 60 days as indicated on the record in open court. The parties shall submit by July 31, 2012, an agreed proposed Revised Docket Control Order that comports with this order. (Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 07/25/2012) |
| 07/20/2012 | 102 | *Letter response to Plaintiff's July 11 discovery dispute letter (Doc. 97)* by Robin Singh Educational Services, Inc., Robin Singh, filed.(McShan, Michael) (Entered: 07/20/2012) |
| 07/16/2012 | 101 | ORDER GRANTED 100 Joint MOTION to Reset Discovery Conference ( Discovery Hearing set for 7/24/2012 at 02:30 PM in Courtroom 9F before Judge Nancy F. Atlas)(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 07/16/2012) |
| 07/13/2012 | 100 | Joint MOTION to Reset Discovery Conference by Robin Singh Educational Services, Inc., Robin Singh, filed. Motion Docket Date 8/3/2012. (Attachments: # 1 Proposed Order)(McShan, Michael) (Entered: 07/13/2012) |
| 07/13/2012 | 99 | ORDER SETTING DISCOVERY CONFERENCE AND DIRECTIVE TO |

Certified Document Number: 55692113 - Page 13 of 21

| | | |
|---|---|---|
| | | CONFER Discovery Hearing set for 7/20/2012 at 11:00 AM in Courtroom 9F before Judge Nancy F. Atlas(Signed by Judge Nancy F. Atlas) Parties notified. (sashabranner, ) (Entered: 07/13/2012) |
| 07/12/2012 | 98 | Clerks Notice regarding CMECF notice returned undeliverable from norimintonlaw@mac.com on the account of Thomas M Norminton. The referenced email address has been deleted from your CM/ECF account, filed. (tferguson, ) (Entered: 07/12/2012) |
| 07/11/2012 | 97 | *Ltr 7-11-12 to Judge Atlas requesting conference* by Test Masters Educational Services, Inc., filed.(Jewell, Kevin) (Entered: 07/11/2012) |
| 04/26/2012 | 96 | Notice of Filing of Official Transcript as to 95 Transcript. Party notified, filed. (kcraig, ) (Entered: 04/26/2012) |
| 04/25/2012 | 95 | TRANSCRIPT re: #85 - DISCOVERY HEARING held on 4/16/12 before Judge Nancy F. Atlas. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Release of Transcript Restriction set for 7/24/2012., filed. (thudson, ) (Entered: 04/25/2012) |
| 04/18/2012 | 94 | AO 435 TRANSCRIPT ORDER FORM by Dawn Holiday. This is to order a transcript of Hearing held on 4/16/2012 before Judge Nancy F. Atlas (Original). Court Reporter/Transcriber: Exceptional Reporting Services (ERS), filed. Expedited order electronically forwarded to ERS 4/18/2012. (dclark, ) (Entered: 04/18/2012) |
| 04/16/2012 | 93 | MINUTE ENTRY ORDER: Discovery held Appearances: Kevin Jewell for Plaintiff, Michael McShan for Defendant Robin Singh Educational Services, Inc., Dawn Holiday for Dr. Darshal Wadhwa. Ct Reporter: ERO..Discovery hearing held on Defendants letter to the Court [Doc. #84], Defendant Wadhwas Motion for Clarification [Doc. #86], Defendant Robin Singh Educational Services Incs Letter dated April 11, 2012 [Doc. #88], Plaintiffs letter [Doc. 89] and Defendant Robin Singh Educational Services Incs letter [Doc. #90]. Dr. Wadhwa is appointed an expert in this case to provide all reports requested by Defendant (or Plaintiff) derived from the books and records of Plaintiff. Dr. Wadhwa shall keep careful records of all aspects of the work performed sources of information fuled on, search definitions and parameters, dates and time spent on each task/report, identity of staff doing the work, etc.Other rulings as stated on the record in open court.Defendant to provide additional information by April 27, 2012.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 04/17/2012) |
| 04/13/2012 | 92 | Notice of Filing of Official Transcript as to 91 Transcript. Party notified, filed. (kcraig, ) (Entered: 04/13/2012) |
| 04/12/2012 | 91 | TRANSCRIPT re: #68-DISCOVERY HEARING held on 2/15/12 before Judge Nancy F. Atlas. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Release of Transcript Restriction set for 7/11/2012., filed. (thudson, ) (Entered: 04/12/2012) |
| 04/12/2012 | 90 | *Letter response to Dr. Wadha's Motion for Guidance (Doc. 86)* by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit 1)(McShan, Michael) (Entered: 04/12/2012) |
| 04/12/2012 | 89 | *Letter 4-12-12 responding to DOC 84 and DOC 86* by Test Masters Educational Services, Inc., filed.(Jewell, Kevin) (Entered: 04/12/2012) |
| 04/11/2012 | 88 | *Letter request regarding April 16, 2012 discovery conference* by Robin Singh Educational Services, Inc., Robin Singh, filed.(McShan, Michael) (Entered: 04/11/2012) |
| | | |

Certified Document Number: 55692113 - Page 14 of 21

| | | |
|---|---|---|
| 04/10/2012 | 87 | ORDER.the Court will address Non-Party Dr. DarshanWadhwas Motion for Guidance and Clarification [Doc. # 86] at the discoveryconference on April 16, 2012. Dr. Wadhwa and a client representative for each partymust attend the conference in person.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 04/10/2012) |
| 04/09/2012 | 86 | MOTION for Clarification as to 65 Minute Entry Order, by Darshan Wadhwa, filed. Motion Docket Date 4/30/2012. (Attachments: # 1 Exhibit, # 2 Exhibit)(Holiday, Dawn) (Entered: 04/09/2012) |
| 04/09/2012 | 85 | ORDER SETTING CONFERENCE AND DIRECTIVE TO CONFER Discovery Hearing set for 4/16/2012 at 10:00 AM in Courtroom 9F before Judge Nancy F. Atlas.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 04/09/2012) |
| 04/05/2012 | 84 | *Letter Request for Discovery Conference* by Robin Singh Educational Services, Inc., Robin Singh, filed.(McShan, Michael) (Entered: 04/05/2012) |
| 04/05/2012 | 83 | AO 435 TRANSCRIPT ORDER FORM by M Patrick McShan. This is to order a transcript of Hearing held on 2/15/2012 before Judge Nancy F. Atlas (Original). Court Reporter/Transcriber: Exceptional Reporting Services (ERS), filed. Expedited order electronically forwarded to ERS. (dclark, ) (Entered: 04/05/2012) |
| 03/19/2012 | 82 | MINUTE ENTRY ORDER: Discovery held Appearances: Michael Patrick McShan, Kevin Dean Jewell. Ct Reporter: ERO..Rulings as stated on the record in open court. (Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 03/20/2012) |
| 03/16/2012 | 81 | *Letter 3-16-12 requesting additional time to comply with final category of doc. supp. under Court's 2-22-12 Order* by Test Masters Educational Services, Inc., filed. (Jewell, Kevin) (Entered: 03/16/2012) |
| 03/15/2012 | 80 | RESPONSE to 76 Document *Singh's March 2, 2012*, filed by Test Masters Educational Services, Inc.. (Attachments: # 1 Exhibit)(Jewell, Kevin) (Entered: 03/15/2012) |
| 03/09/2012 | 79 | ORDER GRANTED 78 Unopposed MOTION to Reset Discovery Conference ( Discovery Hearing set for 3/19/2012 at 11:00 AM in Courtroom 9F before Judge Nancy F. Atlas).(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 03/09/2012) |
| 03/09/2012 | 78 | Unopposed MOTION to Reset Discovery Conference by Robin Singh Educational Services, Inc., Robin Singh, filed. Motion Docket Date 3/30/2012. (Attachments: # 1 Proposed Order)(McShan, Michael) (Entered: 03/09/2012) |
| 03/05/2012 | 77 | ORDER SETTING DISCOVERY CONFERENCE AND DIRECTIVE TO CONFER Discovery Hearing set for 3/15/2012 at 09:30 AM in Courtroom 9F before Judge Nancy F. Atlas.(Signed by Judge Nancy F. Atlas) Parties notified. (sashabranner, ) (Entered: 03/05/2012) |
| 03/02/2012 | 76 | *Letter Request for Discovery Conference and Imposition of Sanctions* by Robin Singh Educational Services, Inc., Robin Singh, filed.(McShan, Michael) (Entered: 03/02/2012) |
| 02/28/2012 | 75 | AO 435 TRANSCRIPT ORDER FORM by Michael P McShan. This is to order a transcript of Hearing held on 1/23/2012 before Judge Nancy F. Atlas (Copy). Court Reporter/Transcriber: Digital Scroll Transcription (DST), filed. Daily order |

Certified Document Number: 55692113 - Page 15 of 21

| | | |
|---|---|---|
| | | electronically forwarded to DST 2/28/2012. (dclark, ) (Entered: 02/28/2012) |
| 02/22/2012 | 74 | ORDER.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 02/22/2012) |
| 02/21/2012 | 73 | Joint PROPOSED ORDER re: 72 Minute Entry Order, filed.(McShan, Michael) (Entered: 02/21/2012) |
| 02/15/2012 | 72 | MINUTE ENTRY ORDER: Discovery held Appearances: Michael Patrick McShan, Kevin Dean Jewell. Ct Reporter: ERO..Discovery rulings as stated on the record in open court.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 02/16/2012) |
| 02/13/2012 | 71 | RESPONSE to 67 Document *Letter of 2-3-12 of Def. Robin Singh Educational Services, Inc.*, filed by Test Masters Educational Services, Inc.. (Jewell, Kevin) (Entered: 02/13/2012) |
| 02/09/2012 | 70 | Notice of Filing of Official Transcript as to 69 Transcript. Party notified, filed. (jdav, ) (Entered: 02/09/2012) |
| 02/08/2012 | 69 | TRANSCRIPT re: Motion Hearing held on 1/23/2012 before Judge Nancy F. Atlas. Court Reporter/Transcriber Digital Scroll Transcription. Release of Transcript Restriction set for 5/8/2012., filed. (lgriffin, ) (Entered: 02/08/2012) |
| 02/03/2012 | 68 | ORDER SETTING DISCOVERY CONFERENCE AND DIRECTIVE TO CONFER. Discovery Hearing set for 2/15/2012 at 10:00 AM in Courtroom 9F before Judge Nancy F. Atlas.(Signed by Judge Nancy F. Atlas) Parties notified. (sashabranner, ) (Entered: 02/03/2012) |
| 02/03/2012 | 67 | *Letter Request for Discovery Dispute Conference* by Robin Singh Educational Services, Inc., Robin Singh, filed.(McShan, Michael) (Entered: 02/03/2012) |
| 01/31/2012 | 66 | AO 435 TRANSCRIPT ORDER FORM by Kevin Dean Jewell. This is to order a transcript of Hearing held on 1/23/2012 before Judge Nancy F. Atlas. Court Reporter/Transcriber: ERO, filed. (hler, ) Modified on 2/1/2012 (dclark, ). Expedited order electronically forwarded to Digital Scroll Transcription 2/1/2012. (Entered: 01/31/2012) |
| 01/23/2012 | 65 | MINUTE ENTRY ORDER: Motion hearing held GRANTED in part and DENIED in part 62 MOTION to Quash Subpoena for Records and Subpoena to Testify at a Deposition. Appearances: Kevin Jewell for Plaintiff, Stephen Mellen/Michael McShan for Defendan Robin Singh, Dawn Holiday for Defendant Dr. Darshan Wadhwa. Ct Reporter: ERO..(Signed by Judge Nancy F. Atlas) Parties notified. (sashabranner, ) (Entered: 01/24/2012) |
| 01/19/2012 | 64 | *Letter regarding Non-Party Darshan Wadhwa's Motion for Protection and Alternative Motion to Quash (Doc. #62)* by Robin Singh Educational Services, Inc., Robin Singh, filed.(McShan, Michael) (Entered: 01/19/2012) |
| 01/13/2012 | 63 | ORDER Setting Hearing on Motion and Directive to Confere 62 MOTION to Quash Subpoena for Records and Subpoena to Testify at a Deposition : Motion Hearing set for 1/23/2012 at 02:30 PM in Courtroom 9F before Judge Nancy F. Atlas.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 01/13/2012) |
| 01/12/2012 | 62 | MOTION to Quash Subpoena for Records and Subpoena to Testify at a Deposition by Darshan Wadhwa, filed. Motion Docket Date 2/2/2012. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Weinberg, Gregg) (Entered: 01/12/2012) |
| | | |

Certified Document Number: 55692113 - Page 16 of 21

| | | |
|---|---|---|
| 01/05/2012 | 61 | ORDER GRANTED 60 Joint MOTION to Amend 42 Scheduling Order,, ( Discovery due by 8/20/2012., Dispositive Motion Filing due by 9/20/2012., Joint Pretrial Order due by 1/2/2013., Mediation due by 1/10/2013, Docket Call set for 1/10/2013 at 04:00 PM in Courtroom 9F before Judge Nancy F. Atlas).No further extensions will be granted.(Signed by Judge Nancy F. Atlas) Parties notified. (sashabranner, ) (Entered: 01/05/2012) |
| 01/04/2012 | 60 | Joint MOTION to Amend 42 Scheduling Order,, by Robin Singh Educational Services, Inc., Robin Singh, filed. Motion Docket Date 1/25/2012. (Attachments: # 1 Proposed Order Granting Motion for Leave to Amend Docket Control Order) (McShan, Michael) (Entered: 01/04/2012) |
| 12/30/2011 | 59 | Notice of Filing of Official Transcript as to 58 Transcript. Party notified, filed. (dclark, ) (Entered: 12/30/2011) |
| 12/29/2011 | 58 | TRANSCRIPT re: STATUS CONFERENCE held on 12/20/11 before Judge Nancy F. Atlas. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Release of Transcript Restriction set for 3/28/2012., filed. (thudson, ) (Entered: 12/29/2011) |
| 12/22/2011 | 57 | AO 435 TRANSCRIPT ORDER FORM by M. Patrick McShan. This is to order a transcript of Discovery Hearing/ Status Conference held on 12/20/2011 before Judge Nancy F. Atlas (original). Court Reporter/Transcriber: Exceptional Reporing Services. filed. (pcrawford, ). Expedited Order forwarded electronically to Exceptional Reporting Services on 12-23-2011. Modified on 12/23/2011 (pcrawford, ). (Entered: 12/23/2011) |
| 12/20/2011 | 56 | AGREED PROTECTIVE ORDER.(Signed by Judge Nancy F. Atlas) Parties notified.(arrivera, ) (Entered: 12/21/2011) |
| 12/20/2011 | 55 | MINUTE ENTRY ORDER: Discovery conference held. Rulings as stated on the record in open court. Redaction of personal identifying information required on many documents. Robin Singh Educational Services 12-19-11 letter to be filed under seal. TES may respond in a letter also to be filed under seal. It is ORDERED no party or partys agent may attend opponents training sessions withoutprior court approval, nor approach third-party witnesses without the witnesss prior approval after discussion with a lawyer of record in this case. Appearances: Michael Patrick McShan, Daniel J Sheehan, Jr, Kevin Dean Jewell. Ct Reporter: ERO..(Signed by Judge Nancy F. Atlas) Parties notified.(arrivera, ) (Entered: 12/21/2011) |
| 12/16/2011 | 54 | RESPONSE *of TES to Robin Singh Education Services' 12-9-11 Letter to Judge Atlas*. filed by Test Masters Educational Services, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Jewell, Kevin) (Entered: 12/16/2011) |
| 12/09/2011 | 53 | *Letter regarding December 20 discovery conference* by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (McShan, Michael) (Entered: 12/09/2011) |
| 12/08/2011 | 52 | NOTICE of Resetting. Parties notified. Status Conference set for 12/20/2011 at 11:00 AM in Courtroom 9F before Judge Nancy F. Atlas, filed. (sashabranner, ) (Entered: 12/08/2011) |
| 11/29/2011 | 51 | ORDER granting 50 Motion to Amend.It is therefore ORDERED that the parties Joint Motion for Leave to Amend DocketControl Order is hereby GRANTED;It is FURTHER ORDERED that the new deadline for identification of experts by a reportfor parties without the burden of proof is December 9, 2011;It is FURTHER ORDERED that the new deadline for rebuttal opinions by existingexperts is December 20, 2011.(Signed by Judge Nancy F. Atlas) Parties notified. |

Certified Document Number: 55692113 - Page 17 of 21

| | | |
|---|---|---|
| | | (sashabranner, ) (Entered: 11/29/2011) |
| 11/29/2011 | 50 | Joint MOTION to Amend 42 Scheduling Order,, by Robin Singh Educational Services, Inc., Robin Singh, filed. Motion Docket Date 12/20/2011. (Attachments: # 1 Proposed Order)(McShan, Michael) (Entered: 11/29/2011) |
| 11/14/2011 | 49 | MINUTE ENTRY ORDER: Discovery held Appearances: Daniel J Sheehan, Jr, Kevin Dean Jewell. Ct Reporter: ERO. Rulings as stated on the record in open Court. Status Conference set for 12/21/2011 at 09:30 AM in Courtroom 9F before Judge Nancy F. Atlas.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 11/15/2011) |
| 11/10/2011 | 48 | REPLY to 47 Order *Letter to Court - Plaintiff's Position on the Outstanding Issues*, filed by Test Masters Educational Services, Inc.. (Jewell, Kevin) (Entered: 11/10/2011) |
| 11/02/2011 | 47 | ORDER SETTING DISCOVERY CONFERENCE AND DIRECTIVE TO CONFER Discovery Hearing set for 11/14/2011 at 02:00 PM in Courtroom 9F before Judge Nancy F. Atlas.(Signed by Judge Nancy F. Atlas) Parties notified. (sashabranner, ) (Entered: 11/02/2011) |
| 11/02/2011 | 46 | *Letter Request for Discovery Dispute Conference* by Robin Singh Educational Services, Inc., Robin Singh, filed. (Attachments: # 1 Exhibit Exhibit "A", # 2 Exhibit Exhibit "B")(Sheehan, Daniel) (Entered: 11/02/2011) |
| 09/20/2011 | 45 | ANSWER to 44 Amended Complaint/Counterclaim/Crossclaim etc. with Jury Demand by Test Masters Educational Services, Inc., filed.(Jewell, Kevin) (Entered: 09/20/2011) |
| 08/26/2011 | 44 | First AMENDED Counterclaim with Jury Demand against Test Masters Educational Services, Inc. filed by Robin Singh Educational Services, Inc..(Sheehan, Daniel) (Entered: 08/26/2011) |
| 07/25/2011 | 43 | ANSWER to 38 Answer to Complaint, Counterclaim with Jury Demand by Test Masters Educational Services, Inc., filed.(Jewell, Kevin) (Entered: 07/25/2011) |
| 07/14/2011 | 42 | SCHEDULING ORDER. ETT: 10+/-. Jury. Amended Pleadings due by 8/26/2011. Joinder of Parties due by 8/26/2011 Pltf Expert Report due by 10/26/2011 Deft Expert Report due by 11/29/2011 Rebuttal Opinions by Existing Experts due by 12/10/2011. Discovery due by 1/20/2012. Mediation due by 5/31/2012 Dispositive Motion Filing due by 2/20/2012. Non-Dispositive Motion Filing due by 2/20/2012. Joint Pretrial Order due by 5/22/2012. Docket Call set for 5/31/2012 at 04:00 PM in Courtroom 9F before Judge Nancy F. Atlas.(Signed by Judge Nancy F. Atlas) Parties notified.(arrivera, ) (Entered: 07/15/2011) |
| 07/14/2011 | 41 | MINUTE ENTRY ORDER: Scheduling conference held. Docket Control Order to follow. Appearances: Elizabeth Abbott. Appearances: Daniel J Sheehan, Jr, Kevin Dean Jewell, Stephen P Meleen. Ct Reporter: ERO..(Signed by Judge Nancy F. Atlas) Parties notified.(arrivera, ) (Entered: 07/15/2011) |
| 07/07/2011 | 40 | NOTICE of Appearance by Daniel J. Sheehan, Jr. on behalf of Robin Singh Educational Services, Inc., Robin Singh, filed. (Sheehan, Daniel) (Entered: 07/07/2011) |
| 07/01/2011 | 39 | *Certificate of Service For Filing of Answer to Plaintiff's Appeal and Complaint for Declaratory Judgment and Counterclaims* by Robin Singh Educational Services, Inc., filed.(Zavareei, Hassan) (Entered: 07/01/2011) |
| | | |

Certified Document Number: 55692113 - Page 18 of 21

| | | |
|---|---|---|
| 07/01/2011 | 38 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Test Masters Educational Services, Inc. by Robin Singh Educational Services, Inc., filed. (Zavareei, Hassan) (Entered: 07/01/2011) |
| 06/29/2011 | 37 | ORDER granting 31 Motion to Consolidate Cases.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 06/29/2011) |
| 06/29/2011 | 36 | ORDER GRANTED 32 MOTION to Lift Stay The stay of thiscase is lifted and the case is REINSTATED on the Courts active docket.( Scheduling Conference set for 7/14/2011 at 03:00 PM in Courtroom 9F before Judge Nancy F. Atlas), Case reopened on 6/29/2011.(Signed by Judge Nancy F. Atlas) Parties notified. (sashabranner, ) (Entered: 06/29/2011) |
| 06/28/2011 | 35 | RESPONSE to 32 MOTION to Lift Stay filed by Test Masters Educational Services, Inc.. (Jewell, Kevin) (Entered: 06/28/2011) |
| 06/28/2011 | 34 | RESPONSE to 31 MOTION to Consolidate Lead Case No. 4:08-cv-01771 and Member Case No. 4:11-cv-02035 filed by Test Masters Educational Services, Inc.. (Attachments: # 1 Exhibit 1)(Jewell, Kevin) (Entered: 06/28/2011) |
| 06/28/2011 | 33 | NOTICE of Appearance by Kevin D. Jewell (lead counsel; Charles T. Jeremiah (co-counsel) on behalf of Test Masters Educational Services, Inc., filed. (Jewell, Kevin) (Entered: 06/28/2011) |
| 06/08/2011 | 32 | MOTION to Lift Stay by Robin Singh Educational Services, Inc., Robin Singh, filed. Motion Docket Date 6/29/2011. (Attachments: # 1 Proposed Order)(Zavareei, Hassan) (Entered: 06/08/2011) |
| 06/08/2011 | 31 | MOTION to Consolidate Lead Case No. 4:08-cv-01771 and Member Case No. 4:11-cv-02035 by Robin Singh Educational Services, Inc., Robin Singh, filed. Motion Docket Date 6/29/2011. (Attachments: # 1 Proposed Order)(Zavareei, Hassan) (Entered: 06/08/2011) |
| 10/28/2008 | 30 | ORDER granting 29 Motion to Stay.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 10/28/2008) |
| 10/28/2008 | 29 | MOTION to Stay by Robin Singh Educational Services, Inc., Robin Singh, filed. Motion Docket Date 11/17/2008. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Zavareei, Hassan) (Entered: 10/28/2008) |
| 10/15/2008 | 28 | Notice of Filing of Official Transcript as to 27 Transcript. Party notified, filed. (dclark, ) (Entered: 10/15/2008) |
| 10/14/2008 | 27 | TRANSCRIPT re: Initial Conference held on 09/25/08 before Judge Nancy F. Atlas. Court Reporter/Transcriber Judicial Transcribers of Texas, Inc.. Release of Transcript Restriction set for 1/12/2009., filed. (lvmartin, ) (Entered: 10/14/2008) |
| 09/30/2008 | 26 | ORDER STAYING CASE. Case terminated on 9/30/2008.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 09/30/2008) |
| 09/25/2008 | 25 | MINUTE ENTRY ORDER: Pretrial conference held GRANTED 5 MOTION to Stay. Appearances: Stephen Meleen for Plaintiff, Hassan Zavareei for Defendant. Ct Reporter: ERO..The case will be administratively closed after confirmation with Judge Gilmore respective to the MDL case.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 09/30/2008) |
| 09/22/2008 | 24 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Test Masters Educational Services, Inc.. filed.(Meleen, Stephen) (Entered: 09/22/2008) |

Certified Document Number: 55692113 - Page 19 of 21

| | | |
|---|---|---|
| 09/18/2008 | 23 | NOTICE of Resetting. Parties notified. Initial Conference set for 9/25/2008 at 11:30 AM in Courtroom 9F before Judge Nancy F. Atlas, filed. (sashabranner, ) (Entered: 09/18/2008) |
| 09/03/2008 | 22 | CERTIFICATE OF INTERESTED PARTIES by Robin Singh Educational Services, Inc., Robin Singh, filed.(Zavareei, Hassan) (Entered: 09/03/2008) |
| 08/29/2008 | 21 | ORDER GRANTED 20 Unopposed MOTION for Continuance of Initial Pretrial and Scheduling Conference ( Initial Conference set for 9/19/2008 at 09:30 AM in Courtroom 9F before Judge Nancy F. Atlas).Counsel shall be prepared to discuss (1) why this case should not be transferred to the Hon. Vanessa Gilmore as related to In re Testmasters Trademark Litigation, MDL 04-1646, and (2) why this case is not subject to the Fifth Circuit decision requiring that the issue first be decided by the Trademark Trial and Appeal Board.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 08/29/2008) |
| 08/29/2008 | 20 | Unopposed MOTION for Continuance of Initial Pretrial and Scheduling Conference by Robin Singh Educational Services, Inc., Robin Singh, filed. Motion Docket Date 9/18/2008. (Attachments: # 1 Proposed Order)(Zavareei, Hassan) (Entered: 08/29/2008) |
| 08/25/2008 | 19 | REPLY to 10 Answer to Complaint, Counterclaim, filed by Test Masters Educational Services, Inc.. (Meleen, Stephen) (Entered: 08/25/2008) |
| 08/18/2008 | 18 | REPLY in Support of 5 MOTION to Stay *Proceedings*, filed by Robin Singh Educational Services, Inc., Robin Singh. (Zavareei, Hassan) (Entered: 08/18/2008) |
| 08/13/2008 | 17 | Third APPENDIX re: 13 Response in Opposition to Motion by Test Masters Educational Services, Inc., filed.(Meleen, Stephen) (Entered: 08/13/2008) |
| 08/13/2008 | 16 | Second APPENDIX re: 13 Response in Opposition to Motion by Test Masters Educational Services, Inc., filed.(Meleen, Stephen) (Entered: 08/13/2008) |
| 08/13/2008 | 15 | First APPENDIX re: 13 Response in Opposition to Motion by Test Masters Educational Services, Inc., filed.(Meleen, Stephen) (Entered: 08/13/2008) |
| 08/13/2008 | 14 | PROPOSED ORDER re: 13 Response in Opposition to Motion, filed.(Meleen, Stephen) (Entered: 08/13/2008) |
| 08/13/2008 | 13 | RESPONSE in Opposition to 5 MOTION to Stay *Proceedings*, filed by Test Masters Educational Services, Inc.. (Meleen, Stephen) (Entered: 08/13/2008) |
| 08/06/2008 | 12 | ORDER granting 9 Motion to Appear Pro Hac Vice.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 08/06/2008) |
| 08/06/2008 | 11 | ORDER granting 8 Motion to Appear Pro Hac Vice.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 08/06/2008) |
| 08/04/2008 | 10 | ANSWER to 1 Complaint with Defendants demand a jury on all claims so triable in this action., COUNTERCLAIM against Test Masters Educational Services, Inc. by Robin Singh Educational Services, Inc., Robin Singh, filed.(Zavareei, Hassan) (Entered: 08/04/2008) |
| 08/04/2008 | 9 | MOTION for Thomas M. Norminton to Appear Pro Hac Vice by Robin Singh Educational Services, Inc., Robin Singh, filed. Motion Docket Date 8/25/2008. (Zavareei, Hassan) (Entered: 08/04/2008) |
| 08/04/2008 | 8 | MOTION for Hassan A. Zavareei to Appear Pro Hac Vice by Robin Singh |

Certified Document Number: 55692113 - Page 20 of 21

| | | |
|---|---|---|
| | | Educational Services, Inc., Robin Singh, filed. Motion Docket Date 8/25/2008. (Zavareei, Hassan) (Entered: 08/04/2008) |
| 07/30/2008 | 7 | WAIVER OF SERVICE Returned Executed as to Robin Singh Educational Services, Inc. served on 6/5/2008, answer due 8/4/2008, filed.(Meleen, Stephen) (Entered: 07/30/2008) |
| 07/30/2008 | 6 | WAIVER OF SERVICE Returned Executed as to Robin Singh served on 6/5/2008, answer due 8/4/2008, filed.(Meleen, Stephen) (Entered: 07/30/2008) |
| 07/24/2008 | 5 | MOTION to Stay *Proceedings* by Robin Singh Educational Services, Inc., Robin Singh, filed. Motion Docket Date 8/13/2008. (Attachments: # 1 Affidavit Declaration of Andrea R. Gold in Support of Motion to Stay Proceedings, # 2 Appendix Appendix of Authorities, Submitted in Support of Motion to Stay Proceedings, # 3 Certificate of Conference, # 4 Certificate of Service, # 5 Proposed Order)(Zavareei, Hassan) (Entered: 07/24/2008) |
| 06/05/2008 | 4 | Commissioner of Patents and Trademarks, AO-120, Notified, filed.(smurdock, ) (Entered: 06/05/2008) |
| 06/05/2008 | 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/5/2008 at 01:30 PM in Courtroom 9F before Judge Nancy F. Atlas.(Signed by Judge Nancy F. Atlas) Parties notified. (smurdock, ) (Entered: 06/05/2008) |
| 06/02/2008 | 2 | CERTIFICATE OF INTERESTED PARTIES by Test Masters Educational Services, Inc., filed.(Meleen, Stephen) (Entered: 06/02/2008) |
| 06/02/2008 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 0541000000003836080) filed by Test Masters Educational Services, Inc..(Meleen, Stephen) (Entered: 06/02/2008) |

**PACER Service Center**

**Transaction Receipt**

| 05/14/2013 13:52:04 | | | |
|---|---|---|---|
| **PACER Login:** | rc1382 | **Client Code:** | STFM-J Test Masters |
| **Description:** | Docket Report | **Search Criteria:** | 4:08-cv-01771 |
| **Billable Pages:** | 19 | **Cost:** | 1.90 |

Certified Document Number: 55692113 - Page 21 of 21




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 10, 2013

Certified Document Number: 55692113 Total Pages: 21

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 13 May 14 P4:14
Chris Daniel - District Clerk
Harris County
ED101J017486059
By: Carla E. Carrillo

No. 2013-26666

| | | |
|---|---|---|
| TEST MASTERS EDUCATIONAL SYSTEM, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | HARRIS COUNTY, T E X A S |
| | § | |
| STATE FARM LLOYDS | § | 215TH JUDICIAL DISTRICT |

**DEFENDANT'S ORIGINAL ANSWER**

TO THE HONORABLE COURT:

State Farm Lloyds, defendant, answers the petition filed against it as follows:

1. Subject to such stipulations and defenses as may later be made, defendant asserts a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and defendant respectfully requests that plaintiff be required to prove its charges and allegations against defendant by a preponderance of the evidence as is required by the Constitution and laws of the State of Texas.

State Farm Lloyds therefore prays that it be released, discharged and acquitted of the claims asserted against it, that plaintiff take nothing by reason of this suit, and for such other and further relief to which defendant may be justly entitled.

Respectfully submitted,

RAMEY, CHANDLER, QUINN & ZITO, P.C.

By: /s/ *Jack McKinley*

Jack McKinley
State Bar No. 13716300
750 Bering Drive, Suite 600
Houston, Texas 77057
TEL:(713) 266-0074
FAX: (713) 266-1064
ATTORNEYS FOR DEFENDANT

Certified Document Number: 55692021 - Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant's Original Answer has been served upon all counsel of record in accordance with the rules on this the __14th__ day of _May____, 2013 as follows:

Steven J. Knight
Kevin D. Jewell
Chamberlain, Hrdlicka, White, Williams & Aughtry
1200 Smith Street, Suite 1400
Houston, Texas 77002

/s/ *Jack McKinley*
JACK MCKINLEY



Certified Document Number: 55692021 - Page 2 of 2




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 10, 2013

Certified Document Number: 55692021 Total Pages: 2

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 13 May 14 A12:00
Chris Daniel - District Clerk
Harris County
ED101J017486059
By: Carla Carrillo

No. 2013-26666

| | | |
|---|---|---|
| TEST MASTERS EDUCATIONAL SYSTEM, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, T E X A S |
| | § | |
| STATE FARM LLOYDS | § | 215TH JUDICIAL DISTRICT |

**DEFENDANT'S JURY DEMAND**

TO THE HONORABLE COURT:

State Farm Lloyds, defendant in the above-entitled and numbered cause, and pursuant to Rule 216 of the Tex. R. of Civ. Proc., demands a trial by jury. The jury fee has simultaneously been paid with the filing of this demand..

Respectfully submitted,

RAMEY, CHANDLER, QUINN & ZITO, P.C.

By: /s/ *Jack McKinley*

Jack McKinley
State Bar No. 13716300
750 Bering Drive, Suite 600
Houston, Texas 77057
TEL:(713) 266-0074
FAX: (713) 266-1064
ATTORNEYS FOR DEFENDANT

Certified Document Number: 55692025 - Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant's Jury Demand has been served upon all counsel of record in accordance with the rules on this the 14th day of May, 2013 as follows:

Steven J. Knight
Kevin D. Jewell
Chamberlain, Hrdlicka, White, Williams & Aughtry
1200 Smith Street, Suite 1400
Houston, Texas 77002

/s/ *Jack McKinley*
JACK MCKINLEY



Certified Document Number: 55692025 - Page 2 of 2




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 10, 2013

Certified Document Number: 55692025 Total Pages: 2

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CONFIRMED FILE DATE: 5/23/2013

P-2

**Elaine H. Palmer**
215TH DISTRICT COURT OF TEXAS
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(713) 368-6330

05/23/2013

TO ALL COUNSEL OF RECORD:

THE COURT HAS SET A CASE MANAGEMENT CONFERENCE FOR 8:30 A.M. ON MONDAY JUNE 10, 2013 IN THE BELOW CAPTIONED CASE. PLEASE BE PREPARED TO DISCUSS ALL ASPECTS OF THIS CASE AND SET PRETRIAL AND TRIAL DATES.

**AN AGREED SCHEDULING ORDER MAY BE FILED IN LIEU OF APPEARING AT THE CASE MANAGEMENT CONFERENCE.

IF YOU DO NOT APPEAR AND A SCHEDULING ORDER IS NOT FILED, THE COURT WILL SIGN AN ORDER OF DISMISSAL OR OTHER APPROPRIATE ORDER.

IF YOU HAVE ANY QUESTIONS, YOU MAY CONTACT KAREN JONES AT 713-368-6340.

ELAINE H PALMER
Judge, 215TH DISTRICT COURT

CASE - 201326666 FILED - 20130503 COURT - 215th
TYPE - OTHER CIVIL
TEST MASTERS EDUCATI VS STATE FARM LLOYDS

STEVEN JON KNIGHT
1200 SMITH SUITE 1400
HOUSTON, TX 77002

24012975

ocument Number: 55816235 - Page 1 of 2

**Elaine H. Palmer**
215TH DISTRICT COURT OF TEXAS
CIVIL COURTS BUILDING
HOUSTON, TEXAS 77002
(713) 368-6330

05/23/2013

TO ALL COUNSEL OF RECORD:

THE COURT HAS SET A CASE MANAGEMENT CONFERENCE FOR 8:30 A.M. ON MONDAY JUNE 10, 2013 IN THE BELOW CAPTIONED CASE. PLEASE BE PREPARED TO DISCUSS ALL ASPECTS OF THIS CASE AND SET PRETRIAL AND TRIAL DATES.

**AN AGREED SCHEDULING ORDER MAY BE FILED IN LIEU OF APPEARING AT THE CASE MANAGEMENT CONFERENCE.

IF YOU DO NOT APPEAR AND A SCHEDULING ORDER IS NOT FILED, THE COURT WILL SIGN AN ORDER OF DISMISSAL OR OTHER APPROPRIATE ORDER.

IF YOU HAVE ANY QUESTIONS, YOU MAY CONTACT KAREN JONES AT 713-368-6340.

ELAINE H PALMER
Judge, 215TH DISTRICT COURT

CASE - 201326666 FILED - 20130503 COURT - 215th
TYPE - OTHER CIVIL
TEST MASTERS EDUCATI VS STATE FARM LLOYDS

JOHN MICHAEL MCKINLEY
750 BERING 600
HOUSTON, TX 77057

13716300

Document Number: 55816235 - Page 2 of 2




I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this June 10, 2013

Certified Document Number: 55816235 Total Pages: 2

Chris Daniel

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**